1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

9
10
11

| | |
|---|---|
| GREGORY BRATTEN, on behalf of himself and all others similarly situated, | Case No. 2:23-cv-02546 |
| | Assigned to: Hon. Troy L. Nunley |
| Plaintiff, | **ORDER RE: STIPULATION TO STAY DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| QUEST DIAGNOSTICS INCORPORATED, a Delaware corporation, and OPTUM360 LLC a Delaware limited liability company, | |
| Defendants. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

**ORDER**

Upon review of the Parties' stipulation to stay Defendants' deadline to answer or otherwise respond to the Complaint, and good cause appearing, the Court hereby stays the applicable deadline pending the JPML's forthcoming transfer decision pursuant to 28 U.S.C. § 1407 in the case styled *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 19-md-2904, pending in the District of New Jersey. The parties shall file a joint status report within 30 days of the issuance of the JPML's forthcoming transfer decision.

**IT IS SO ORDERED.**

DATED: November 8, 2023

Troy L. Nunley
United States District Judge