

United States District Court
Eastern District of California

| | |
|---|---|
| Gregory Bratten | |
| Plaintiff(s) | Case Number: 2:23-cv-02546-TLN-JDP |
| V. | |
| Quest Diagnostics Inc. & Optum360 LLC | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jason L. Lichtman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Gregory Bratten

On 09/19/2011 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/08/2023          Signature of Applicant: /s/ Jason L. Lichtman

---

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jason L. Lichtman |
| Law Firm Name: | Lieff Cabraser Heimann & Bernstein LLP |
| Address: | 250 Hudson St. |
| | 8th Floor |
| City: | New York    State: NY    Zip: 10013 |
| Phone Number w/Area Code: | (212) 355-9500 |
| City and State of Residence: | Salt Lake City, Utah |
| Primary E-mail Address: | jlichtman@lchb.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Sarah Zandi |
| Law Firm Name: | Lieff Cabraser Heimann & Bernstein LLP |
| Address: | 275 Battery St. |
| | 29th Floor |
| City: | San Francisco    State: CA    Zip: 94111 |
| Phone Number w/Area Code: | (415) 956-1000    Bar #: 339981 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 8, 2023

_____
JUDGE, U.S. DISTRICT COURT